IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT<br>    OPPORTUNITY COMMISSION<br><br>            Applicant,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF<br>    EMPLOYMENT SECURITY,<br><br>            Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)       Filed:: APRIL 16, 2008<br>)       08CV2155     J. N.<br>)       JUDGE GETTLEMAN<br>)       MAG. JUDGE SCHENKIER<br>) |

**APPLICATION FOR AN ORDER TO SHOW CAUSE
WHY SUBPOENA SHOULD NOT BE ENFORCED**

The United States Equal Employment Opportunity Commission (the "EEOC" or the "Commission") files this Application for an order to show cause why the administrative subpoena duces tecum, requiring the production of documents, issued by the EEOC on December 17, 2007, should not be enforced against the Illinois Department of Employment Security ("IDES" or "Respondent"). In support of its Application, the EEOC states as follows:

1.      This is an action for enforcement of a subpoena duces tecum pursuant to Sections 706, 709, and 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5, 2000e-8, and 2000e-9.

2.      Jurisdiction is conferred upon the court by § 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in § 710 of Title VII, 42 U.S.C. § 2000e-9.

3.      Applicant, the EEOC, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to §

710 of Title VII, 42 U.S.C. § 2000e-9.

4. Respondent is a state agency of the State of Illinois located in Chicago, Illinois.

5. On July 26, 2007, Julio Arguello ("Charging Party") filed a Charge of Discrimination against Sebis Direct, Inc. ("Sebis Direct"), Charge No. 440-2007-06657 (the "Charge"), alleging that Sebis Direct unlawfully discriminated against him on the basis of his national origin, Mexican.

6. In the course of its investigation of this charge, EEOC learned that Sebis Direct receives the majority of its job applicants from Illinois Skills Match, a program within IDES that matches workers with potential jobs. On December 3, 2007, EEOC orally requested that Respondent provide a report listing the individuals recommended to Sebis Direct by IDES since January 1, 2006. IDES refused to provide the information without a court order.

7. On December 17, 2007, EEOC served Respondent with Subpoena No. CH-08-037 ("Subpoena") requesting that IDES produce this list of individuals, identifying name, race, national origin, date of referral, whether or not they were hired by Sebis Direct, date of hire, address, and telephone numbers. Pursuant to the Subpoena, this list was due to be produced by January 3, 2008.

8. Respondent did not serve EEOC with a Petition to Revoke or Modify the Subpoena and has not complied with the subpoena to date.

9. The accompanying Declaration of Eva Baran, Investigator (Exhibit A to the EEOC's Memorandum in Support of Application to Show Cause, filed concurrently herewith), and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the EEOC respectfully requests that this Court:

A. Issue an Order directing Respondent to appear before this Court on a certain date to show cause why an Order should not issue directing Respondent to comply

with the Subpoena;

      B.      Upon return of this Order to Show Cause, issue an order directing Respondent to comply with the Subpoena;

      C.      Award the EEOC its costs in bringing this action; and

      D.      Grant the EEOC such further relief as may be necessary and appropriate.

Dated: April 14, 2008

Respectfully submitted,

RONALD S. COOPER
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

__/s John Hendrickson_____
John Hendrickson
Regional Attorney

__/s Diane Smason_____
Diane Smason
Supervisory Trial Attorney

__/s Jeanne Szromba_____
Jeanne Szromba
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7546