**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EEOC<br><br>V.<br><br>ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | Case Number:<br>FILED: APRIL 16, 2008<br>08CV2155<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| NAME (Type or print)<br>Diane I. Smason | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Diane I. Smason | |
| FIRM<br>EEOC | |
| STREET ADDRESS<br>500 W. Madison Street, Suite 2800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06226130 | TELEPHONE NUMBER<br>(312) 353-7526 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐