Order Form (01/2005)

# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2155 | **DATE** | 5/27/2008 |
| **CASE TITLE** | United States E E O C   Vs   Ill. Dept. of Employment Security | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application [1] for an order to show cause is granted and respondent is ordered to appear on 6/18/2008, at 9:00 a.m. and show cause why an order should not issue directing it to comply with subpoena.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy Initials: | GDS |
|---|---|---|