

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT COMMISSION,<br>        Applicant,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY,<br>        Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 C 2155<br>) Hon. Judge Gettleman<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE
## WHY SUBPOENA SHOULD NOT BE ENFORCED

The U.S. Equal Employment Opportunity Commission having filed an application for an order requiring Illinois Department of Employment Security ("IDES" or "Respondent") to show cause why Subpoena No. CH-08-037 should not be enforced, such Subpoena having been duly served on Respondent by certified mail and good cause appearing therefor:

IT IS HEREBY ORDERED that Respondent appear before this Court on the 18th day of June 2008 at 9:00 and show cause why an Order of this Court should not be issued directing it to comply with Subpoena No. CH-08-037 on a date set by this Court.

IT IS FURTHER ORDERED that service upon Respondent of a copy of this Order and of the papers upon which the same is granted on or before the 5th day of June 2008 shall be sufficient service of this Order.

Dated this 27 day of May 2008.

_____
United States District Court Judge