# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−02155 |
| | Honorable Robert W. Gettleman |
| Illinois Department Of Employment Security | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

MINUTE entry before the Honorable Robert W. Gettleman: Return on order to show cause hearing held on 6/18/2008. The subpoena is enforced. Materials are to be produced forthwith. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.